ROBERT FREDERICKS *v.* FREDERICK G. REINCKE,
WARDEN OF CONNECTICUT STATE PRISON

Review of the record in the Superior Court in Hartford County shows that the relief provided in the case of *Fredericks* v. *Reincke,* 152 Conn. 501, 208 A.2d 756, has been accorded the plaintiff herein. There is neither authority nor justification for this court to entertain the motion by the plaintiff entitled "Motion for Enforcement of Order Granting Plaintiff Relief by Haboeas [sic] Corpus," and it is dismissed.

*Robert Fredericks,* pro se, in support of the motion.

Submitted April 15—decided May 3, 1966

JOSEPH PANDER *v.* CLINTON E. FRENCH

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Serge G. Mihaly,* in support of the petition.

*George J. Jaser,* in opposition.

Submitted April 19—decided May 17, 1966

STATE OF CONNECTICUT *v.* HOWARD PARKER

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*John J. Mangan,* in support of the petition.

*Milton A. Fishman,* in opposition.